ERIC GRANT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY IAN BURT, et al.,<br>Plaintiffs,<br>v.<br>USCIS, et al.,<br>Defendants. | CASE NO. 2:26-CV-03339-DJC-CSK<br><br>STIPULATION AND ORDER FOR EXTENSION OF THE DEADLINE FOR DEFENDANTS' RESPONSE |

Defendants request and Plaintiffs do not oppose an extension of time for Defendants to file their answer or alternate pleading. Plaintiffs allege that Defendant U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed adjudication of Plaintiffs' I-589 and I-485 Applications. The Complaint was served on September 24, 2026, making the current response deadline November 23, 2026. Since the filing of this action, defendant USCIS has denied Plaintiff Burt's I-130 and Plaintiff Fearon's I-485 Application. Agency counsel has advised that USCIS anticipates issuance of an adjudication decision on remaining subject Applications shortly.

Given this status and in the interest of allowing the adjudicatory process to proceed, the parties hereby stipulate an extension of the deadline for Defendants to respond for approximately fourteen (14) days to and including December 7, 2026. The parties further request that all other applicable dates and deadlines be similarly extended.

Based on the foregoing stipulation, the new date for Defendants to file an answer or other responsive pleading is December 7, 2026. Any and all other pending proceedings and/or deadlines are similarly extended.

Dated: November 20, 2026

ERIC GRANT
United States Attorney

By: */s/ Catherine J. Swann*
CATHERINE J. SWANN
Assistant United States Attorney

Dated: November 20, 2026

*/s/ Prerna Lal (as authorized on November 20, 2026)*
PRERNA LAL
Counsel for Plaintiff

**ORDER**

Based on the foregoing stipulation, it is hereby ORDERED that:

1. Defendants shall have through and including December 7, 2026 to file their response or alternate pleading; and
2. All and any other deadlines shall be extended for a similar period of time.

Dated: November 20, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE